# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**RASHAD LANDERS**                                                                                          **PETITIONER**
**Reg # 22991-009**

**VS.**                              **No. 2:11-CV-00103-BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 8th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE